IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY RAMER, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>BILL JAE YUNG PARK, )<br>ANGEL LOGISTICS, INC., a California )<br>Corporation, )<br>)<br>Defendants. ) | No. 3:15-cv-1259 |

### NOTICE OF REMOVAL

NOW COME Defendants, BILL JAE YUNG PARK ("Park") and ANGEL LOGISTICS, INC. ("Angel") (collectively "Defendants"), by their attorneys, CHILTON YAMBERT PORTER LLP, pursuant to Title 28 U.S.C. §§ 1332, 1441 and 1446, hereby file their Notice of Removal of the cause entitled *Ramer v. Park, et al.* filed in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, under case number 15 L 565. As their grounds for removal, Defendants state as follows:

1. That Plaintiff, BETTY RAMER ("Plaintiff") commenced an action against the above-referenced Defendants on or about October 5, 2015 by filing a complaint in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, under case number 2015 L 565. (See Plaintiff's complaint attached hereto and made a part of this Notice as Exhibit "A").

2. That Park is a citizen of the State of California and was a citizen of the State of California at the time of the alleged incident that is the subject of Plaintiff's complaint. (See Park's Affidavit attached hereto and made a part of this Notice as Exhibit "B").

3. That Angel is a corporation incorporated in the State of California with its principle place of business located in Temecula, California. See Exhibit B.

4. That Plaintiffs is a resident of the State of Illinois.

5. That the State Court action is an action for civil damages by Plaintiff for personal injury. No specific dollar amount for damages is alleged on the face of the complaint, but the amount in controversy is believed to exceed $75,000, exclusive of interest and costs. Defendants make this reasonable conclusion based on the allegations of the complaint, which prays for a sum greater than Fifty Thousand Dollars sufficient to satisfy the jurisdictional minimum requirements.

6. 28 U.S.C. § 1332 provides that:

> (a) The District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between
>
> (1) citizens of different states;
>
> (2) citizens of a State and citizens or subjects of a foreign state . . .

7. Accordingly, this action is removable under 28 U.S.C. §1441, which provides:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

WHEREFORE, Defendants, BILL JAE YUNG PARK and ANGEL LOGISTICS, INC., file their Notice of Removal, removing the State Court action from the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois.

**Defendants Demand Trial by Jury.**

Respectfully submitted,

BILL JAE YUNG PARK, and
ANGEL LOGISTICS, INC.,
Defendants.


By:   s/ *Steven B. Novy*
          One of Their Attorneys


Steven B. Novy (IL ARDC No.: 2070669)
William F. Moore (IL ARDC No.: 6283570)
CHILTON YAMBERT PORTER LLP
325 Washington Street, Suite 400
Waukegan, IL  60085
Telephone:  (847) 625-8200
Facsimile:  (847) 625-8262

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
# ST CLAIR COUNTY, ILLINOIS

BETTY RAMER                          )
                                     )
    Plaintiff,                    )
                                     )  No. 15L565
vs.                                  )
                                     )
BILL JAE YUNG PARK and               )
ANGEL LOGISTICS, INC., a California  )
corporation                          )
                                     )
    Defendants.                   )



FILED
ST. CLAIR COUNTY
OCT 0 5 2015
CIRCUIT CLERK

## COMPLAINT

### COUNT I
### (NEGLIGENCE-BILL JAE YUNG PARK)

Comes now Plaintiff, Betty Ramer, by and through her attorneys, Law Office of Stephen C. Buser, Ltd., and for Count I of her cause of action against Defendant, Bill Jae Yung Park, states as follows:

1. That at all relevant times herein, Plaintiff Betty Ramer, resides in Waterloo, Monroe County, Illinois.

2. That at all relevant times herein Defendant, Bill Jae Yung Park, resides in Temecula, California.

3. That at all times relevant herein, Angel Logistics, Inc. (hereafter "Angel Logistics") is a California corporation and was doing business in St. Clair County, Illinois.

4. At all relevant times herein Defendant, Bill Jae Yung Park, was acting as the servant, agent and employee of Angel Logistics.

1

A

5. On or about April 26, 2015 at approximately 11:18 a.m. Plaintiff, Betty Ramer, was operating a 1998 Lincoln Town Car and was stopped at the stop light in a northerly direction on Illinois State Route 3 at the intersection of South Main Street in Columbia, Monroe County, Illinois.

6. At all relevant times mentioned herein, Defendant, Bill Jae Yung Park, individually and as servant, agent and employee of Angel Logistics was operating a 2011 Freightliner Cascadia in a northerly direction on Illinois State Route 3 and was traveling behind the 1998 Lincoln Town Car that was stopped at the stop light in a northerly direction on Illinois State Route 3 at the intersection of South Main Street in Columbia, Monroe County, Illinois.

7. At all relevant times mentioned herein, it was the duty of Defendant, Bill Jae Yung Park, individually and as servant, agent and employee of Angel Logistics, to exercise ordinary care for the safety of Plaintiff, Betty Ramer.

8. Notwithstanding the duty to exercise ordinary care, Defendant, Bill Jae Yung Park, individually and as servant, agent and employee of Angel Logistics, committed one or more of the following negligent acts or omissions:

  a) negligently failed to keep a proper lookout for vehicles lawfully on said roadway;

  b) negligently failed to keep his vehicle under proper control;

  c) negligently failed to reduce speed to avoid an accident in violation of 625 ILCS 5/11-601(a); and

  d) failed to stop his vehicle in safe and timely manner in violation of 625 ILCS 5/11-601(a).

9.  As a direct and proximate cause of one or more or all of the foregoing negligent acts or omissions on the part of Defendant, Bill Jae Yung Park, individually and as servant, agent and employee of Angel Logistics, he drove his 2011 Freightliner Cascadia forward while the stoplight was red and collided into the rear of the 1998 Lincoln Town Car of Betty Ramer that was stopped in a northerly direction at the red light at the intersection of South Main Street and northbound Illinois State Route 3. As a result Plaintiff, Betty Ramer, sustained total destruction of her automobile, loss of use of her automobile and bodily injuries and damages causing Plaintiff, Betty Ramer, to suffer severe and permanent injuries, external and internal, disability and disfigurement which have caused and will in the future cause her to suffer great physical pain and mental anguish and she has been and will in the future be compelled to obligate herself from medical aid and attention and was otherwise injured as a result of said collision and because of said negligent acts and omissions on the part of said Defendant, Bill Jae Yung Park.

**WHEREFORE**, Plaintiff, Betty Ramer, prays for judgment against Defendant, Bill Jae Yung Park, for a fair and just award in excess of **Fifty Thousand Dollars ($50,000.00)** plus costs of suit.

## COUNT II

## (NEGLIGENCE-ANGEL LOGISTICS INC.)

Comes now Plaintiff, Betty Ramer, by and through her attorneys, Law Offices of Stephen C. Buser, Ltd., and for Count II of her cause of action against Defendant, Angel Logistics, Inc. a California corporation, states as follows:

3

1. That at all relevant times herein, Plaintiff Betty Ramer, resides in Waterloo, Monroe County, Illinois.

2. That at all relevant times herein Defendant, Bill Jae Yung Park, resides in Temecula, California.

3. That at all times relevant herein, Angel Logistics, Inc. (hereafter "Angel Logistics") is a California corporation and was doing business in St. Clair County, Illinois.

4. At all relevant times herein Defendant, Bill Jae Yung Park, was acting as the servant, agent and employee of Angel Logistics.

5. On or about April 26, 2015 Plaintiff, Betty Ramer, was operating a 1998 Lincoln Town Car and was stopped at the stop light at the intersection of South Main Street and northbound Illinois State Route 3 in Columbia, Monroe County, Illinois.

6. At all relevant times mentioned herein, Defendant, Bill Jae Yung Park, was operating a 2011 Freightliner Cascadia in a northerly direction on State Route 3 and was traveling behind the 1998 Lincoln Town car that was stopped at the stop light at the intersection of South Main Street and northbound Illinois State Route 3 in Columbia, Monroe County, Illinois.

7. At all relevant times herein, Angel Logistics has a duty to provide drivers to drive its vehicles in a reasonably safe manner to avoid collision with other persons traveling on the roadways including Betty Ramer.

8. Notwithstanding the duty to exercise ordinary care, Defendant, Angel Logistics, by and through its agent and employee, Bill Jae Yung Park, was guilty of one or more of the following acts or omissions.

a)  negligently failed to keep a proper lookout for vehicles lawfully on said roadway;

b)  negligently failed to keep his vehicle under proper control;

c)  negligently failed to reduce speed to avoid an accident in violation of 625 ILCS 5/11-601(a); and

d)  failed to stop his vehicle in safe and timely manner in violation of 625 ILCS 5/11-601(a).

9. As a direct and proximate cause of one or more or all of the foregoing negligent acts or omissions on the part of Defendant, Angel Logistics, Inc., by and through its agent and employee, Bill Jae Yung Park, Plaintiff Betty Ramer, sustained total destruction of her automobile, loss of use of her automobile and bodily injuries and damages when the vehicle operated by Betty Ramer was struck from behind by Defendant's vehicle causing Plaintiff, Betty Ramer, to suffer severe and permanent injuries, external and internal, disability and disfigurement which have caused and will in the future cause her to suffer great physical pain and mental anguish and she has been and will in the future be compelled to obligate herself from medical aid and attention and was otherwise injured as a result of said collision.

WHEREFORE, Plaintiff Betty Ramer, prays for judgment against Defendant Angel Logistics, Inc., for a reasonable sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and for her costs of suit.

LAW OFFICE OF STEPHEN C. BUSER, LTD.

BY: _____
STEPHEN C. BUSER, #03121591
Attorney at Law
108 Veterans Parkway
P.O. Box 797
Columbia, IL 62236
618/281-6336
618/281-4477 (fax)

6

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

BETTY RAMER )
)
Plaintiff, )
)
vs. ) No. 15L565
)
BILL JAE YUNG PARK and )
ANGEL LOGISTICS, INC., a California )
corporation )
)
Defendants. )

FILED
ST. CLAIR COUNTY
OCT 0 5 2015
CIRCUIT CLERK

**AFFIDAVIT**

This affidavit is made pursuant to Supreme Court Rule 222(b), under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by Plaintiff herein do exceed Fifty Thousand Dollars ($50,000.00).

LAW OFFICE OF STEPHEN C. BUSER, LTD.

BY: _____
STEPHEN C. BUSER, #03121591
Attorney at Law
108 Veterans Parkway
Columbia, IL 62236
618-281-6336
618-281-4477 (fax)

7

## IN THE CIRCUIT FOR THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| BETTY RAMER, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) No. 15 L 565 |
| BILL JAE YUNG PARK, ANGEL LOGISTICS, INC., a California Corporation, | ) ) ) ) |
| Defendants. | ) ) |

### AFFIDAVIT OF BILL JAE YUNG PARK

I, Bill Jae Yung Park, an adult of sound mind and body, state that if called to testify, I will do so with personal knowledge as follows:

1. My name is Bill Jae Yung Park;
2. I am a named defendant in the above-captioned matter;
3. At all times relevant to the above captioned matter, I have resided in California at 32791 Freesia Way, Temecula, CA 92592;
4. I am the only employee and authorized representative of Angel Logistics, Inc.; and
5. At all times relevant to the above-captioned matter, Angel Logistics, Inc. was a California corporation with its principal place of business at 32791 Freesia Way, Temecula, CA 92592.

Further affiant sayeth not.

Under penalty of perjury, as provided by law pursuant to 735 ILCS 5/1-109 (1992), I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on the information and belief and as to such matters I certify that I verily believe the same to be true.

By: _____
       Bill Jae Yung Park

DATED: 11/10/15

B